IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | C. A. No. 07-432 (GMS) |

**STIPULATION OF DISMISSAL OF COMPLAINT
AGAINST BARR PHARMACEUTICALS, INC. AND ORDER**

Plaintiffs Boehringer Ingelheim Pharma GmbH & Co. KG, Dr. Karl Thomae GmbH, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively, "Boehringer") and Defendants Barr Laboratories, Inc. ("Barr Labs") and Barr Pharmaceuticals, Inc. ("Barr Pharmaceuticals") hereby stipulate to dismiss the Complaint as filed by Boehringer against Defendant Barr Pharmaceuticals in the above captioned action. The action will continue against Defendant Barr Labs. It is further stipulated that this dismissal is without prejudice and subject to the following conditions:

1.      Boehringer, Barr Labs and Barr Pharmaceuticals stipulate to be bound by the Judgment and any Orders or decisions in the above captioned action regarding the infringement, validity and/or enforceability of U.S. Patent No. 6,015,577 ("the '577 patent") and any Order granting preliminary or permanent injunctive relief against Barr Labs.    Barr

Pharmaceuticals stipulates to be bound, in any subsequent action or proceeding involving the '577 patent between Boehringer and Barr Labs or Barr Pharmaceuticals, by the Judgment and any Orders or decisions made in the above captioned action to the same extent Barr Labs would be bound as a party to the above captioned action.

2.    Barr Pharmaceuticals agrees to provide documents, witnesses and information in its possession, custody or control for the purposes of this lawsuit in response to discovery requests to Barr Labs to the same extent Barr Pharmaceuticals would be required to do so in response to a subpoena to a non-party.

3.    Barr Labs and Barr Pharmaceuticals agree that the Court shall have the power to enforce this Stipulation against Barr Labs and Barr Pharmaceuticals.

4.    The case caption should be amended to read Boehringer Ingelheim Pharma GmbH & Co. KG, Dr. Karl Thomae GmbH, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. v. Barr Laboratories, Inc., Civil Action No. 07 CV 00432 (GMS).

SO STIPULATED

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pgslaw.com
bef@pgslaw.com

2

*Of Counsel*:

Bruce M. Wexler
Joseph M. O'Malley, Jr.
Eric W. Dittmann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

*Attorneys for Plaintiffs*

*Of Counsel*:

George C. Lombardi
Imron T. Aly
Timothy M. Schaum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312) 448-5600

*Attorneys for Defendants*

SO ORDERED this _____ day of December, 2007

_____
The Honorable Gregory M. Sleet