# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

December 17, 2007

The Honorable Gregory M. Sleet                          *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Boehringer Ingelheim v. Barr Laboratories*
      C.A. No. 07-432 (GMS)

Dear Chief Judge Sleet:

Pursuant to the Court's December 12, 2007 Order (D.I. 13), the parties submit this joint agenda letter concerning discovery issues. The only current discovery issue involves the number of fact depositions, as set forth in paragraph 8(B) of the Joint Status Report.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/lmc
cc:   Clerk of Court (Via Hand Delivery)
      John C. Phillips, Esquire (Via Electronic Mail)
      Imron T. Aly, Esquire (Via Electronic Mail)
      Bruce Wexler, Esquire (Via Electronic Mail)

1337221