# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
302 351 9227
302 425 4681 Fax
klouden@mnat.com

December 28, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Boehringer Ingelheim v. Barr Laboratories*
            C.A. No. 07-432 (GMS)

Dear Chief Judge Sleet:

        The parties submit herewith for the Court's consideration a proposed Scheduling Order which sets forth the dates set by the Court at the December 19, 2007 Scheduling Conference.

                                                         Respectfully,

                                                            */s/ Karen Jacobs Louden (#2881)*

                                                            Karen Jacobs Louden (#2881)

KJL:ncf
Enclosure

    cc:    Clerk of Court (Via Hand Delivery)
            John C. Phillips, Esquire (Via Electronic Mail)
            Imron T. Aly, Esquire (Via Electronic Mail)
            Bruce Wexler, Esquire (Via Electronic Mail)
1347817

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C. A. No. 07-432 (GMS) |

## SCHEDULING ORDER

This _____ day of December 2007, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on December 19, 2007, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS SO ORDERED that:

1. **Rule 26(a) Initial Disclosures**.  Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before ten (10) days after the entry of this Order.

2. **Joinder of other Parties and Amendment of Pleadings.**  All motions to join other parties and amend the pleadings shall be filed on or before May 19, 2008.

3. ***Markman* Claim Construction Hearing.**  A *Markman* claim construction hearing shall be held on July 31, 2008 at 9:30 a.m.  The *Markman* hearing is scheduled for a total of 3 hours with each side having 1½ hours.  On or before May 16, 2008, the parties shall exchange

claim terms to be construed and proposed constructions. On or before May 23, 2008, the parties shall meet and confer regarding narrowing and reducing the number of claim construction issues. On or before May 30, 2008, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic evidence. The plaintiff shall submit to the court a Joint Appendix of Intrinsic and Extrinsic Evidence (the "Joint Appendix") containing all intrinsic and extrinsic evidence relied upon in the claim construction briefing. A sample table of contents of the Joint Appendix can be located on this court's website at www.ded.uscourts.gov. The Joint Appendix shall be filed on the same day as the answering claim construction briefs. The parties shall file opening claim construction briefs on June 13, 2008, and answering claim construction briefs on June 30, 2008.

        4.     **Discovery.** All fact discovery in this case shall be initiated so that it will be completed on or before October 2, 2008. The parties shall serve opening expert reports on issues on which they have the burden of proof on or before November 2, 2008. Rebuttal expert reports shall be served on or before December 11, 2008. Expert Discovery in this case shall be initiated so that it will be completed on or before January 23, 2009.

        a.     **Discovery and Scheduling Matters.** Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further

briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER,** exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES.** The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

      b.    **Depositions.**  Unless otherwise agreed to by the parties or ordered by the Court, each side is limited to 15 fact depositions.

      c.    **Interrogatories.**  Unless otherwise agreed to by the parties or ordered by the Court, each side is limited to 25 interrogatories.

      5.    **Confidential Information and Papers filed under Seal.**  Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 4(a).**

      6.    **Settlement Conference.**  Pursuant to 28 U.S.C. §636, this matter is referred to United States Magistrate Judge Thynge for the purpose of exploring the possibility of a settlement. If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact United States Magistrate Judge Thynge to schedule a settlement

conference with counsel and the clients.

7. **Applications by Motion.** Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8. **Oral Argument.** If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to District of Delaware Local Rule 7.1.4.

9. **Daubert Issues.** The Court will address Daubert issues if any at the Pretrial Conference.

10. **Pretrial Conference.** On April 21, 2009, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. On or before March 6, 2009, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. On or before March 17, 2009, Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. **Motions *in limine:*** No party shall file more than five (5) motions *in limine*. Briefs **(opening, answering and reply)** on all motions *in limine* shall be filed by March 31, 2009. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of Final Pretrial

4

Order which can be located on this court's website at www.ded.uscourts.gov on or before March 31, 2009.

       11.    **Trial.**  This matter is scheduled for a 5-day bench trial beginning at 9:00 a.m. on May 11, 2009.

       12.    **Scheduling:** The parties shall contact chambers, at (302) 573-6470, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
UNITED STATES DISTRICT JUDGE