IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | CASE NO. 1:07-cv-00432-GMS <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on January 14, 2008, two copies of (i) Barr Laboratories' First Set of Interrogatories; and (ii) Barr Laboratories' First Request for Production of Documents were served on the following as indicated below:

Via Hand Delivery
Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

Via Federal Express
Bruce Wexler
Joseph M. O'Malley, Jr.
Eric Dittmann
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

and

George C. Lombardi (admitted *pro hac vice*)
Imron T. Aly (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendant

Dated: January 14, 2008

## CERTIFICATE OF SERVICE

I, Brian E. Farnan, hereby certify that on January 14, 2008, two copies of the foregoing Notice of Service were served on the following as indicated below:

<u>Via Hand Delivery</u>
Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via Federal Express</u>
Bruce Wexler
Joseph M. O'Malley, Jr.
Eric Dittmann
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

_____
Brian E. Farnan