IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | C. A. No. 07-432 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiffs' First Set of Requests for Production of Documents and Things;* and 2) *Plaintiffs' First Set of Interrogatories* were caused to be served on January 18, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire <br> Brian E. Farnan, Esquire <br> Phillips, Goldman & Spence, P.A. <br> 1200 North Broom Street <br> Wilmington, DE 19806 | *VIA ELECTRONIC MAIL* <br> *and HAND DELIVERY* |
| George C. Lombardi, Esquire <br> Imron T. Aly, Esquire <br> Timothy M. Schaum, Esquire <br> Winston & Strawn LLP <br> 35 West Wacker Drive <br> Chicago, IL 60601 | *VIA ELECTRONIC MAIL* <br> *and FIRST CLASS MAIL* |

                                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                          */s/ Karen Jacobs Louden (#2881)*
                                                                          Jack B. Blumenfeld (#1014)
                                                                          Karen Jacobs Louden (#2881)
                                                                          1201 North Market Street
                                                                          P.O. Box 1347
                                                                          Wilmington, DE  19899-1347
                                                                          (302) 658-9200
                                                                          jblumenfeld@mnat.com
                                                                          klouden@mnat.com

                                                                          *Attorneys for Plaintiffs*

*Of Counsel*:

Bruce M. Wexler
Joseph M, O'Malley, Jr.
Eric W. Dittmann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000


Dated: January 18, 2008

**CERTIFICATE OF SERVICE**

        I hereby certify that on January 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        John C. Phillips, Jr., Esquire
        Brian E. Farnan, Esquire
        Phillips, Goldman & Spence, P.A.

        I further certify that I caused to be served copies of the foregoing document on January 18, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Imron T. Aly, Esquire<br>Timothy M. Schaum, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

        */s/ Karen Jacobs Louden (#2881)*
        Karen Jacobs Louden (#2881)