IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | CASE NO. 1:07-cv-00432-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on January 22, 2008, two copies of Barr Laboratories, Inc.'s Rule 26(a)(1) Initial Disclosures were served on the following as indicated below:

<u>Via Hand Delivery</u>
Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via Federal Express</u>
Bruce Wexler
Joseph M. O'Malley, Jr.
Eric Dittmann
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

and

George C. Lombardi (admitted *pro hac vice*)
Imron T. Aly (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendant

Dated: January 22, 2008