IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C. A. No. 07-432 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Rule 26 Disclosures* were caused to be served on January 28, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr. <br> Brian E. Farnan <br> Phillips, Goldman & Spence, P.A. <br> 1200 North Broom Street <br> Wilmington, DE  19806 | *BY E-MAIL and HAND DELIVERY* |
| George C. Lombardi <br> Imron T. Aly <br> Timothy M. Schaum <br> Winston & Strawn LLP <br> 35 West Wacker Drive <br> Chicago, IL  60601 | *BY E-MAIL* |

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                    */s/ Karen Jacobs Louden*

                                                    Jack B. Blumenfeld (#1014)
                                                    Karen Jacobs Louden (#2881)
                                                    1201 North Market Street
                                                    P.O. Box 1347
                                                    Wilmington, DE  19899-1347
                                                    (302) 658-9200
                                                    jblumenfeld@mnat.com
                                                    klouden@mnat.com

                                                    *Attorneys for Plaintiffs*

OF COUNSEL:

Bruce M. Wexler
Joseph M, O'Malley, Jr.
Eric W. Dittmann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

January 28, 2008
1091204

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> Phillips, Goldman & Spence, P.A.

I further certify that I caused to be served copies of the foregoing document on January 28, 2008 upon the following in the manner indicated:

John C. Phillips, Jr.                                                                *BY E-MAIL and HAND DELIVERY*
Brian E. Farnan
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

George C. Lombardi                                                                                              *BY E-MAIL*
Imron T. Aly
Timothy M. Schaum
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601


*/s/ Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)