IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Plaintiffs, | C. A. No. 07-432 (GMS) |
| v. | |
| BARR LABORATORIES, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiffs' Responses to Barr's First Set of Interrogatories* and 2) *Plaintiffs' Responses to Barr's First Requests for Production of Documents* were caused to be served on February 13, 2008 upon the following in the manner indicated:

John C. Phillips, Jr.                                                 *BY E-MAIL and HAND DELIVERY*
Brian E. Farnan
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

George C. Lombardi                                                *BY E-MAIL*
Imron T. Aly
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jparrett@mnat.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Bruce M. Wexler
Joseph M, O'Malley, Jr.
Eric W. Dittmann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

February 13, 2008
1091204

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2008 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

John C. Phillips, Jr., Esquire
Brian E. Farnan, Esquire
Phillips, Goldman & Spence, P.A.

I further certify that I caused to be served copies of the foregoing document on

February 13, 2008 upon the following in the manner indicated:

John C. Phillips, Jr.                                                           *BY E-MAIL and HAND DELIVERY*
Brian E. Farnan
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

George C. Lombardi                                                                          *BY E-MAIL*
Imron T. Aly
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)