IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C. A. No. 07-432 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses to Barr's Second Request for Production of Documents* were caused to be served on March 31, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr. <br> Brian E. Farnan <br> Phillips, Goldman & Spence, P.A. <br> 1200 North Broom Street <br> Wilmington, DE 19806 | *BY E-MAIL and HAND DELIVERY* |
| George C. Lombardi <br> Imron T. Aly <br> Winston & Strawn LLP <br> 35 West Wacker Drive <br> Chicago, IL 60601 | *BY E-MAIL* |

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    *Karen Jacobs Louden*

                    _____
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    klouden@mnat.com
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200

                    *Attorneys for Plaintiffs*

OF COUNSEL:

Bruce M. Wexler
Joseph M, O'Malley, Jr.
Eric W. Dittmann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022
(212) 318-6000

March 31, 2008
1091204

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 31, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>John C. Phillips, Jr.
>Brian E. Farnan
>Phillips, Goldman & Spence, P.A.

I further certify that I caused to be served copies of the foregoing document on March 31, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr.<br>Brian E. Farnan<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *BY E-MAIL and HAND DELIVERY* |
| George C. Lombardi<br>Imron T. Aly<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *BY E-MAIL* |

*Karen Jacobs Louden*
_____
Karen Jacobs Louden (#2881)