IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | C. A. No. 07-432 (GMS) |

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

WHEREAS by Oral Order dated May 2, 2008, the Court rescheduled the *Markman* hearing set for July 31, 2008 to September 10, 2008 at 9:30 a.m.; and

WHEREAS the parties therefore request to adjust the dates for *Markman* exchanges accordingly, in light of the change in date of the *Markman* hearing,

IT IS HEREBY ORDERED this _____ day of _____, 2008 that paragraph 3 of the Court's Scheduling Order entered on January 11, 2008 (D.I. 17) is hereby amended as follows:

3. ***Markman* Claim Construction Hearing**. A *Markman* claim construction hearing shall be held on September 10, 2008 at 9:30 a.m. The *Markman* hearing is scheduled for a total of 3 hours with each side having 1-1/2 hours. On or before June 25, 2008, the parties shall exchange claim terms to be construed and proposed constructions. On or before July 2, 2008 the parties shall meet and confer regarding narrowing and reducing the number of claim

construction issues. On or before July 11, 2008, the parties shall submit a Final Joint Claim Chart which shall include citations to intrinsic evidence. The plaintiff shall submit to the court a Joint Appendix of Intrinsic and Extrinsic Evidence (the "Joint Appendix") containing all intrinsic and extrinsic evidence relied upon in the claim construction briefing. A sample table of contents of the Joint Appendix can be located on this court's website at www.ded.uscourts.gov. The Joint Appendix shall be filed on the same day as the answering claim construction briefs. The parties shall file opening claim construction briefs on July 23, 2008, and answering claim construction briefs on August 11, 2008.

All other provisions of the January 11, 2008 Scheduling Order shall remain in effect.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| /s/ Karen Jacobs Louden | /s/ John C. Phillips, Jr. |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br><br>*Attorneys for Plaintiffs* | John C. Phillips, Jr. (#110)<br>Brian E. Farnan (#4089)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>bef@pgslaw.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day _____, 2008.

_____
Sleet, C.J.

2320545.2