IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | C. A. No. 07-432-GMS |

**FINAL JOINT CLAIM CHART**

The parties have met and conferred, and present the following Final Joint Claim Chart with citations to intrinsic support pursuant to the Scheduling Order entered by the Court on January 11, 2008 (D.I. 17-2), as amended on May 14, 2008 (D.I. 29).

The parties' Final Joint Claim Chart for U.S. Patent No. 6,015,577 is attached hereto as **Exhibit A**. This chart identifies the disputed claim terms, the parties' proposed constructions for the disputed claim terms, and the parties' identifications of the intrinsic evidence in support of their respective proposed constructions.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Brian E. Farnan* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Karen Jacobs Louden (#2881) | Brian E. Farnan (#4089) |
| 1201 North Market Street | 1200 North Broom Street |
| P.O. Box 1347 | Wilmington, DE 19806 |
| Wilmington, DE 19899-1347 | (302) 655-4200 |
| (302) 658-9200 | jcp@pgslaw.com |
| jblumenfeld@mnat.com | bef@pgslaw.com |
| klouden@mnat.com | |

OF COUNSEL:

Bruce M. Wexler
Joseph M. O'Malley, Jr.
Eric W. Dittmann
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000
*Attorneys for Plaintiffs*

OF COUNSEL:

George C. Lombardi
Imron T. Aly
Timothy M. Schaum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
*Attorneys for Defendant*

Dated: July 11, 2008
2407900

EXHIBIT A

Case 1:07-cv-00432-GMS   Document 32-2   Filed 07/11/2008   Page 1 of 3

**Boehringer Ingelheim et al. v. Barr Laboratories, Inc.**
**(Case No. 07-432-GMS)**

FINAL JOINT CLAIM CHART

U.S. Patent No. 6,015,577

| Claim Term | Boehringer Ingelheim's Proposed Construction | Boehringer Ingelheim's Intrinsic Evidence | Barr's Proposed Construction | Barr's Intrinsic Evidence |
|---|---|---|---|---|
| **"a pharmaceutically acceptable acid excipient formulated together with said first component"** (Claims 1-12) | the acid excipient is present with the first component in a single formulation | '577 Patent, Col. 2:53-3:65; 4:38-5:11; 5:23-31; 9:63-13:16; 14:7-34<br><br>'577 Prosecution History<br>Original Application 07/084,648<br><br>Application 08/421,351 | a pharmaceutically acceptable acid excipient mixed with said first component | Claims 1, 2, 7, 8, 9, 10, 15<br><br>'577 Patent, Col. 2:1-3:65; 4:29-5:11; 9:63-13:17<br><br>'577 Prosecution History<br>Original Application 07/084,648<br>Application 08/421,351<br>2-15-96 Response to Office Action<br>3-12-96 Response to Office Action<br>6-13-96 Office Action<br>9-9-96 Response to Office Action<br>11-5-96 Response to Office Action<br>12-4-98 Response to Office Action |

- 1 -

**Boehringer Ingelheim et al. v. Barr Laboratories, Inc.**
**(Case No. 07-432-GMS)**

**FINAL JOINT CLAIM CHART**

| Claim Term | Boehringer Ingelheim's Proposed Construction | Boehringer Ingelheim's Intrinsic Evidence | Barr's Proposed Construction | Barr's Intrinsic Evidence |
|---|---|---|---|---|
| **"inhibiting"** (Claims 16-20) | reducing compared to what would otherwise be but for the method employed | '577 Patent, Col. 6:35-56; Figures 2-6; 7:35-50; 9:42-50<br><br>'577 Prosecution History<br>Original Application 07/084,648<br><br>Application 08/421,351<br><br>Response to Office Action, dated February 15, 1996<br><br>Office Action of June 13, 1996<br><br>Response to Final Office Action, dated September 9, 1996<br><br>Office Action of March 23, 1999<br><br>Response to Office Action, dated March 29, 1999 | The term is indefinite | Claims 16-20<br><br>'577 Patent, Figures 1-11; Col. 1:28-53; 2:30-52; 5:32-9:61; 9:63-13:17<br><br>'577 Prosecution History<br>Original Application 07/084,648<br>Application 08/421,351<br>2-15-96 Response to Office Action<br>3-12-96 Response to Office Action<br>6-13-96 Office Action<br>9-9-96 Response to Office Action<br>11-5-96 Response to Office Action<br>11-12-98 Examiner Interview Summary<br>12-4-98 Response to Office Action<br>3-23-99 Office Action<br>3-29-99 Response to Office Action |