IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOEHRINGER INGELHEIM PHARMA
GMBH & CO. KG, DR. KARL THOMAE
GMBH, BOEHRINGER INGELHEIM
INTERNATIONAL GMBH, and BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

          Plaintiffs,

v.

BARR LABORATORIES, INC.,

          Defendant.

C. A. No. 07-432 (GMS)

## **STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

WHEREAS the parties are engaged in ongoing settlement negotiations; and

WHEREAS by Oral Order dated July 16, 2008, the Court rescheduled the *Markman*

hearing set for September 10, 2008 to October 15, 2008 at 9:30 a.m.; and

WHEREAS the parties further request that the dates for *Markman* briefs be adjusted in

light of the change in date of the *Markman* hearing;

IT IS HEREBY ORDERED this _____day of _____, 2008 that paragraph 3 of

the Court's Scheduling Order entered on January 11, 2008 (D.I. 17-2), as amended on May 14,

2008 (D.I. 29), is further amended as follows:

3. ***Markman* Claim Construction Hearing**.  A *Markman* claim construction hearing

shall be held on October 15, 2008 at 9:30 a.m.  The *Markman* hearing is scheduled for a total of

3 hours with each side having 1-1/2 hours.  The plaintiff shall submit to the court a Joint

Appendix of Intrinsic and Extrinsic Evidence (the "Joint Appendix") containing all intrinsic and

extrinsic evidence relied upon in the claim construction briefing.  A sample table of contents of

the Joint Appendix can be located on this court's website at www.ded.uscourts.gov.  The Joint

Appendix shall be filed on the same day as the answering claim construction briefs.  The parties

shall file opening claim construction briefs on August 22, 2008, and answering claim

construction briefs on September 10, 2008.

All other provisions of the January 11, 2008 Scheduling Order shall remain in

effect.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP               PHILLIPS, GOLDMAN & SPENCE, P.A.


*/s/ Karen Jacobs Louden*                          */s/ John C. Phillips, Jr.*

_____                    _____
Jack B. Blumenfeld (#1014)                         John C. Phillips, Jr. (#110)
Karen Jacobs Louden (#2881)                        Brian E. Farnan (#4089)
1201 North Market Street                           1200 North Broom Street
P.O. Box 1347                                      Wilmington, DE  19806
Wilmington, DE  19899-1347                         (302) 655-4200
(302) 658-9200                                     jcp@pgslaw.com
jblumenfeld@mnat.com                               bef@pgslaw.com
klouden@mnat.com

                                                   *Attorneys for Defendant*
*Attorneys for Plaintiffs*



SO ORDERED this _____ day _____, 2008.


                                                   _____
2412849.1                                          Sleet, C.J.

2