IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMA GMBH GMBH & CO. KG, DR. KARL THOMAE GMBH, BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.<br><br>                Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC.<br><br>                Defendant, | Civil Action No. 07-432 (GMS) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Counterclaim Defendants Boehringer Ingelheim Pharma GmbH & Co. KG, Dr. Karl Thomae GmbH, Boehringer Ingelheim International GmbH, and Boehringer Ingelheim Pharmaceuticals, Inc. and Defendant and Counterclaim Plaintiff Barr Laboratories, Inc., being all parties to this action, and having entered into a settlement agreement, hereby stipulate that Civil Action No. 07-432, and all claims and counterclaims for relief asserted therein, are hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

The Court shall retain jurisdiction over the parties and this action to the extent necessary to enforce the terms of the settlement agreement.

| | |
|---|---|
| Dated: August 13, 2008 | Dated: August 13, 2008 |
| By: /s/ *Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 | By: /s/ *John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Brian E. Farnan (#4089)<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200 |
| OF COUNSEL:<br>Bruce M. Wexler<br>Joseph M. O'Malley, Jr.<br>Eric W. Dittmann<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000 | OF COUNSEL:<br>George C. Lombardi<br>Imron T. Aly<br>Timothy M. Schaum<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 448-5600 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

So ordered this ___ day of August, 2008.

_____
                Chief Judge

2446753